1  Thomas P. Brown IV     State Bar No.97315
   tbrown@browngitt.com
2  Sherry B. Shavit       State Bar No.193222
   sshavit@browngitt.com
3  Ani M. Akopyan         State Bar No.234158
   aakopyan@browngitt.com
4  **BROWN GITT LAW GROUP, LLP**
   300 North Lake Avenue, Suite 200
5  Pasadena, California  91101
   Telephone:  626.229.1919
6  Facsimile:  626.229.1917          JS 6

7  Attorneys for Defendant
   SECURITAS SECURITY SERVICES USA,
8  INC.

9  Jay S. Rothman, Esq.
   lawyers@jayrothmanlaw.com
10 JAY S. ROTHMAN & ASSOCIATES
   21900 Burbank Blvd., Suite 210
11 Woodland Hills, CA 91367
   Telephone:  818.986.7870
12 Facsimile:  818.990.3019

13 Attorneys for Plaintiff
   CHRISTOPER POWELL
14

## JS UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-CENTRAL DIVISION

| | |
|---|---|
| CHRISTOPHER POWELL, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SECURITAS SECURITY SERVICES USA, INC., a Delaware Corporation, and DOES 1, to 50, inclusive,<br><br>　　　　Defendants. | CASE NO.  CV10-8403 DSF (MANx)<br><br>(Los Angeles Superior Court Case No. BC445055)<br><br>**PROPOSED ORDER TO JOINT STIPULATION OF DISMISSAL** |

   Having received and reviewed Plaintiff CHRISTOPHER POWELL's and Defendant SECURITAS SECURITY SERVICES USA, INC.'s Joint Stipulation of Dismissal, pursuant to Federal Rule of Civil Procedure 41, this Court rules as

1  follows:

2     1. This matter is dismissed in its entirety with prejudice.

4  Dated:__12/1/10_____

*[signature: Dale S. Fischer]*
_____
HONORABLE DALE S. FISCHER
Judge of the United States District Court

- 2 -
PROPOSED ORDER